IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TRISTEN BELL-WILSON, #02526811 | § | |
| | § | CIVIL ACTION NO. 6:26cv401 |
| VS. | | CONSOLIDATED WITH |
| | § | CIVIL ACITON 6:26cv363 |
| TDCJ-CID | § | |

CONSOLIDATION ORDER

Before the Court are Petitioner's two habeas corpus proceedings, filed pursuant to 28 U.S.C. § 2245. In both cases, Petitioner challenges his 2024 conviction for aggravated sexual assault of a child.

Rule 42(a), Fed. R. Civ. P., provides that when actions involving common questions of law or fact are pending before the Court, the Court may order the actions consolidated or conduct a joint hearing or trial. These two petitions present common issues of law and fact and should be consolidated for all purposes. Therefore, for the purposes of judicial economy and efficiency, it is

**ORDERED** that Civil Action Nos. 6:26cv401 and 626cv363 are **CONSOLIDATED**. All future docket entries should be made only in the lead case, 6:26cv363—except for orders reflecting a final disposition. All claims will be addressed in case number 6:26cv363. It is also

**ORDERED** that the Clerk of Court shall file the petition, (Dkt. #1)—and Petitioner's memorandum, (Dkt. #3)—submitted in Civil Action 6:26cv401 as an additional petition and memorandum in Civil Action 6:26cv363. Finally, the Clerk of Court is directed to administratively close cause number 6:26cv401 without judgment.

**So ORDERED and SIGNED this 25th day of August, 2026.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE